AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

**FILED**
JUN 30 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff Hannah Thoms )
v. ) Civil Action No. 2:20-cv-980
Defendant Jim Gryck Jr )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Bahama Breeze (server) 6100 Robinson Centre Dr. Pittsburgh, PA 15205
Sam's Club (Fresh Food Cafe) 249 Summit Park Dr. Pittsburgh, PA 15275

My take-home pay or wages are: $12.50 hourly per *(specify pay period)*
$2.83 hourly

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☒ Yes  work    ☐ No
(b) Rent payments, interest, or dividends            ☐ Yes           ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes           ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes           ☒ No
(e) Gifts, or inheritances                           ☐ Yes           ☒ No
(f) Any other sources                                ☒ Yes           ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $ 755.78  checking (workpay Dorden Card= $387. $9,878.61 88

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

Automobile = $14,000 & still owed = $9,878.61
monthly payments = $215 - $250
Car insurance = $190

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):
- Housing (Rent) = $425
- Electric ≈ $50
- gas bill ≈ $80
- Wifi/internet = $55
- Water heater = $22
- Student loan (Navient) ≈ $115
- Student loan Nelnet ≈ $70
- Renters insurance = $17
- health insurance = $28
- phone bill = $40
- transportation (gas) = $60
- Pet Insurance ≈ $39.95
- Food (monthly) ≈ $180
- Medicine scripts (monthly) ≈ $10
vet bill

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):
Automobile owe = $9,878.61
Student loan (Navient) = $4,725.60
Student loan (Nelnet) = $4,351.06

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6-29-20

_Hannah Thomas_
Applicant's signature

Hannah Thomas
Printed name

**Wages & Take home income:**

- Bahama Breeze start date August 12th, 2019; first paycheck August 23rd, 2019.
    - Hourly wage is $2.83
  Grand total of earnings = $1,222.39 (Jan 2020 to now)
  I have been out of the restaurant for almost 3 months. My return date is July 2nd 2020.

- Sam's Club start date February 6th 2020; first paycheck Feb. 27th 2020
    - Hourly wage = $12.50
  Grand total to date of earnings = $4,397.04

※ I don't have access to a computer or copier machine. I will find someone to make copies of my pay stubs.

**Additional earnings:**
  - PUA benefits due to Covid 19 unemployment, through Bahama Breeze.
    Money recieved was: $2,700 check, $256.00, $353.00, & $540.00
  I am not certain how much more I'll get, because I'll be going back to Bahama Breeze.