Sept. 19th 2020

Purpose: Motion for an Extension of time with the court

Civil Complaint : Plaintiff → Hannah Thomas vs defendant → Jim Grych Jr. 2:20-cv-980

FILED
SEP 25 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To the court: I am (Hannah Thomas) writing this letter, because I desperately need an extension of time to make my case. In addition I wanted to state to the court that I do have a "right to sue" letter from the EEOC. I included the original copy of this letter in my first civil complaint form, that I turned into the court. My EEOC case # is/was 533-2019-01916, the EEOC investigated my case and verified that I was fired unlawfully. The EEOC found reasonable cause that Angelia's violated the Title 7 rights and equal pay act towards me. The owner wouldn't settle at conciliation time, which gave me the right to sue. In addition, the EEOC is 1 of the 3 reasons I need an extension with time.

On June 30th I informed my EEOC representative John W., that I filed with the court and want my files released to me. As of today, I still have not reicieved my documents in the mail

from the EEOC. I have called John W. 2 times to inform him of the delay, and not getting them. Due to the pandemic nearly all employees in the EEOC are working from home. John also stated there is only one lady working on the release files, due to lay offs. My files from the EEOC are important and needed to help me find an attorney better.

The second reason, which is the biggest problem is the Covid Pandemic. From the pandemic it is putting days of delay into making my case. From delays I still haven't gotten my EEOC forms. There is huge delays with the EEOC, post office, and lawyers. Due to the pandemic lawyers aren't working in the office. When I call to speak to someone it takes about 2 days to have the attorney contact me. Not only that but it takes 2 to 3 weeks for an attorney to review your case to see if they want it. I am struggling with an attorney, because I went back into work too fast. Therefore the damages aren't worth enough for them to want it. I was told this by a law firm.

The last reason I need an extension is due to hip surgery on my right hip.

On August 31st I had to have hip surgery done. Currently I am out of work for 3 months, due to the extent of damage. I am not allow to drive or sit for lengthy periods. I will be on crutches for almost two months. When I sit I can only sit for 20 minutes. If I do longer my joint socket can lock up. I also don't have access to a computer or printer, since I can't leave my house. That is why this letter isn't typed. My surgery is adding another big obstacle in my way, because I need help through the day getting around.

I am hoping that these three reasons (the delay in the EEOC, pandemic and hip surgery) are good cause to have an extension with the court. I don't know if there are different extension times, but if I have the longest possible. I have been working on this case for over a year, and refuse to let these people get away with what they did and still are doing. I know I need an attorney for this, I need time to find one since my case isn't worth much.

-Thank you, Hannah Thomas